IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES B. BERRY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 1:07-cv-00374-KD-B |
| | ) |
| ROBERT EDWARD LEE and | ) |
| PLANT DEVELOPMENT | ) |
| SERVICES, INC., | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

The parties having advised the Court that Plaintiff consents to the entry of this final Judgment, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over plaintiff James B. Berry and over defendants Robert Edward Lee ("Lee") and Plant Development Services, Inc. (collectively "Defendants")[1] and over the subject matter in issue and venue is proper.

2. Counts 1 through 31 of the Amended Complaint (Doc. 71) were previously DISMISSED WITH PREJUDICE, and plaintiff agrees that plaintiff is not an inventor of any of the plants covered by the patents in Counts 1 through 31.

3. Count 32 of the Amended Complaint is DISMISSED WITH PREJUDICE. This Judgment is intended to and shall preclude plaintiff James B. Berry, his heirs, successors, assigns, agents, servants, employees, and/or any company or business with which he is

---

[1] Defendants Gregory L. Smith, Jr,; Jerry B. Pittman; Ellis Ollinger; Randall M. Jacobs; Flowerwood Nursery, Inc.; Flowerwood Management, Inc.; Flowerwood Liners, Inc.; already obtained summary judgment in their favor as reflected in the Court's Orders dated August 1, 2008, August 6, 2008, and September 9, 2008, so they are no longer parties to this action.

associated from ever again challenging the validity of any of the patents in Counts 1 through 31 ("the Patents"), namely:

| COUNT | PATENT NO. | TRADEMARK | CULTIVAR NAME |
|---|---|---|---|
| COUNT 1 | 10,438 | ENCORE AUTUMN ROUGE | Conlea |
| COUNT 2 | 10,579 | ENCORE AUTUMN CHEER | Conlef |
| COUNT 3 | 10,567 | ENCORE AUTUMN AMETHYST | Conlee |
| COUNT 4 | 10,568 | ENCORE AUTUMN CORAL | Conled |
| COUNT 5 | 10,580 | ENCORE AUTUMN ROYALTY | Conlec |
| COUNT 6 | 10,581 | ENCORE AUTUMN EMBERS | Conleb |
| COUNT 7 | 10,689 | ENCORE SOUTHERN MAIDEN | Conlem |
| COUNT 8 | 10,687 | ENCORE SOUTHERN GRACE | Conlel |
| COUNT 9 | 10,688 | ENCORE SOUTHERN BEAUTY | Conlej |
| COUNT 10 | 10,702 | ENCORE SOUTHERN GLORY | Conlei |
| COUNT 11 | 10,703 | ENCORE SOUTHERN BLUSH | Conlek |
| COUNT 12 | 10,704 | ENCORE SOUTHERN FLAME | Conleg |
| COUNT 13 | 11,616 | ENCORE SOUTHERN PRIDE | JimRonFeyrer |
| COUNT 14 | 11,628 | ENCORE AUTUMN BRAVO | Conlen |
| COUNT 15 | 11,640 | ENCORE AUTUMN MONARCH | Conleo |
| COUNT 16 | 12,068 | SUPERGREEN GIANT | Merton Jacobs |
| COUNT 17 | 12,142 | ENCORE AUTUMN PRINCESS | Roblea |
| COUNT 18 | 12,110 | ENCORE AUTUMN RUBY | Conler |
| COUNT 19 | 12,109 | ENCORE AUTUMN EMPRESS | Conles |
| COUNT 20 | 12,111 | ENCORE AUTUMN CARNIVAL | Conlet |
| COUNT 21 | 12,133 | ENCORE AUTUMN TWIST | Conlep |
| COUNT 22 | 13,681 | ENCORE SOUTHERN CELEBRATION | Robleb |
| COUNT 23 | 15,077 | ENCORE AUTUMN SANGRIA | Roblee |
| COUNT 24 | 15,043 | ENCORE AUTUMN STARLITE | Roblem |
| COUNT 25 | 15,227 | ENCORE AUTUMN ANGEL | Robleg |
| COUNT 26 | 15,862 | ENCORE AUTUMN CHIFFON | Robled |
| COUNT 27 | 15,339 | ENCORE AUTUMN CARNATION | Roblec |
| COUNT 28 | 16,249 | ENCORE AUTUMN SWEETHEART | Robleja |
| COUNT 29 | 16,248 | ENCORE AUTUMN SUNSET | Roblen |
| COUNT 30 | 16,184 | ENCORE AUTUMN SUNDANCE | Roblef |
| COUNT 31 | 16,278 | ENCORE AUTUMN DEBUTANTE | Roblel |

The Patents are good, enforceable in law, and not invalid for any reason.

4. At all times material hereto the Patents and all rights thereto and thereunder have been owned by defendants PDSI and Lee.

5. Plaintiff James B. Berry, his heirs, officers, successors, assigns, agents, servants, employees, and/or any corporation or business associated with him or which he is in active concert or participation with are hereby permanently restrained and enjoined from directly or indirectly growing, using, selling, offering for sale or importing any of the plants covered by the Patents.

6. Count 33 of the Amended Complaint was previously DISMISSED WITH PREJUDICE.

7. Count 34 of the Amended Complaint was previously DISMISSED WITH PREJUDICE.

8. Each party shall bear their own costs and expenses, including attorney fees, except as otherwise agreed by the parties. However, if Plaintiff James B. Berry breaches any of the terms of this Judgment or the parties' settlement agreement, defendants shall be entitled to move for an award of their attorney fees and/or costs incurred therein.

9. The Court retains jurisdiction over this matter to the extent necessary to enforce this Judgment.

10. Defendants shall have judgment accordingly, and Defendants' counterclaim is hereby dismissed by consent.

IT IS SO ORDERED THIS 16th day of September, 2008.

                                              s /  Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE